**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
DANIEL LOGAN,

                Plaintiff,                              18 **CIVIL** 9023 (AT)

       -against-                                  **JUDGMENT**

SAKS & COMPANY, LLC,
                Defendant.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 28, 2020, Defendant's motion for summary judgment is granted; accordingly, the case is closed.

**Dated:**  New York, New York
           September 28, 2020

                                                               **RUBY J. KRAJICK**
                                                                _____
                                                                  **Clerk of Court**
                                         **BY:**
                                                                   **Deputy Clerk**